FILED

07/24/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0348

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**

No. DA 24-0348

IN THE MATTER OF:

A.B.,

    A Youth In Need Of Care.

## ORDER

Upon consideration of Mother and Appellant's Motion For Extension Of Time (First), and with good cause shown, Mother and Appellant M.A.F. is hereby granted an extension of time until August 23, 2024 in which to prepare, file and serve Mother and Appellant's opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 24 2024